**Opinion issued April 6, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00189-CV

_____

## IN RE ALI CHOUDHRI, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On March 10, 2023, relator Ali Choudhri filed a petition for writ of mandamus, seeking to vacate the trial court's order compelling post-judgment discovery.[1]  On March 30, 2023, relator filed an unopposed motion to dismiss this mandamus proceeding.

---

[1] The underlying case is *Osama Abdullatif, Individually, and Abdullatif & Company, LLC v. Ali Choudhri and Houston Real Estate Properties, LLC*, cause number 2013-41273, pending in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.

Accordingly, we grant relator's motion and **dismiss** the petition for writ of mandamus. We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.